UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES GREGORY JONES, | ) | NO. EDCV 08-592 VAP (FFM) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| R. HERNANDEZ, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: September 19, 2011

Virginia A. Phillips
VIRGINIA A. PHILLIPS
United States District Judge