1
2
3
4
5
6                        UNITED STATES DISTRICT COURT
7                        CENTRAL DISTRICT OF CALIFORNIA
8
9
10   JAMES GREGORY JONES,            )   NO. EDCV 08-00592 VAP (FFM)
                                     )
11                   Petitioner,     )
                                     )   JUDGMENT
12        v.                         )
                                     )
13   R. HERNANDEZ, Warden,           )
                                     )
14                   Respondent.     )
                                     )
15   _____)
16        Pursuant to the Order Adopting Findings, Conclusions and Recommendations of
17   United States Magistrate Judge,
18        IT IS ADJUDGED that the Petition is dismissed with prejudice.
19
20   DATED: September 19, 2011
21
22                                              _____
                                                HONORABLE VIRGINIA A. PHILLIPS
23                                              United States District Judge
24
25
26
27
28