# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GREGORY JONES,<br><br>    Petitioner,<br><br>    v.<br><br>R. HERNANDEZ, Warden,<br><br>    Respondent. | NO. EDCV 08-00592 VAP (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 19, 2011

_____
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge